# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, October 03, 2017** **Hearing Room** **302**

1:30 PM

**6:17-16960** **Jose Maria Alcaraz and Maria De Los Angeles Lopez De** **Chapter 13**

**#9.00** Confirmation of Chapter 13 Plan

Docket 2

Jason Meyer for LBS Financial

**Matter Notes:**

**Consent Calendar**_______

( ✓ ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay 100

Duration 60

Payment $ 500 (2-60) $926

( ) **Continued to** ____________________ at 1:30 p.m.

**341(a)** ____________________ at 9:00 a.m.

( ) **Objection** to plan: ( ) Withdrawn ( ) Sustained ( ) Overruled

( ) **Case Dismissed**

( ) without prejudice ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

- NONE LISTED -

**Party Information**

**Debtor(s):**

Jose Maria Alcaraz — Represented By Todd L Turoci